IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 13-cv-03268-RPM-KLM

CAROL ADAMS,

    Plaintiff,
v.

BRANDON AUTOMOTIVE INC.
d/b/a BRANDON DODGE ON BROADWAY,

    Defendant.
_____

ORDER OF DISMISSAL
_____

    Pursuant to the Stipulation to Dismiss with Prejudice [11] filed March 17, 2014, it is

    ORDERED that this action is dismissed with prejudice without fees or costs to either party.

    DATED:   March 18th, 2014

                                      BY THE COURT:

                                      s/Richard P. Matsch
                                      _____
                                      Richard P. Matsch, Senior District Judge